USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                     :
HORACE WONG,                          :

                        Plaintiff,    :          1:24-cv-5934-GHW

              -v -                      :             <u>ORDER</u>

MERRICK GARLAND, *Attorney General of the United States*, and UR M. JADDOU, *Director for the United States Citizenship and Immigration Services*,

                       Defendants.
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Merrick Garland and Ur M. Jaddou. Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package detailing the steps necessary to effect proper service.

    SO ORDERED.

Dated:   August 15, 2024
           New York, New York

                                                      GREGORY H. WOODS
                                              United States District Judge